IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY ENWERE, | No. C 10-03235 SI |
| Plaintiff, | **ORDER OF REFERRAL FOR RELATED CASE DETERMINATION** |
| v. | |
| SAN MATEO MENTAL HEALTH, | |
| Defendant. | |

On July 23, 2010, plaintiff filed this *pro se* action. Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge Fogel for a determination of whether this case is related to *Enwere v. Terman Associates, L.P., et al.*, C 07-1239 JF.

**IT IS SO ORDERED.**

Dated: August 26, 2010

SUSAN ILLSTON
United States District Judge