IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHY ENWERE,                                                          No. C 10-03235 SI

          Plaintiff,                                                       **JUDGMENT**

  v.

SAN MATEO MENTAL HEALTH, et al.,

          Defendants.
                                         /

      Plaintiff's complaint is dismissed with prejudice. Judgment is entered accordingly in favor of defendants and against plaintiff Cathy Enwere.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 13, 2010

                                                        SUSAN ILLSTON
                                                        United States District Judge